**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SHAPC, LLC, d/b/a Serenity Hospice & Palliative Care, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Kenneth Pettit, DO and Vanessa Pettit, husband and wife; et al.,<br><br>Defendants. | No. CV-11-1333-PHX-DGC<br><br>**ORDER** |

On July 12, 2011, Defendants filed a motion to dismiss the complaint for lack of capacity to sue and failure to join an indispensible party. Doc. 9. Pursuant to a stipulation (Doc. 12), Plaintiff has filed an amended complaint (Doc. 15) which renders moot the motion to dismiss.

**IT IS THEREFORE ORDERED** that the motion to dismiss (Doc. 9) is **denied** as moot.

Dated this 9th day of August, 2011.

David G. Campbell
United States District Judge